UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

VALENDY VEDRINE,

        Plaintiff,

v.

CYPRESS COMMUNICATIONS OF S. FLORIDA, INC., CYPRESS COMMUNICATIONS, INC., DEAN R. PEZZA,

        Defendants.

_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, VALENDY VEDRINE, brings this action against Defendants, CYPRESS COMMUNICATIONS, INC., CYPRESS COMMUNICATIONS OF S. FLORIDA, INC., and DEAN R. PEZZA, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff VALENDY VEDRINE was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. Defendants regularly engaged in busines in Broward County, Florida.

4. At all times material hereto, Defendant, CYPRESS COMMUNICATIONS OF S. FLORIDA, INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of telecommunications repair and installation, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced

herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.     At all times material hereto, Defendant, CYPRESS COMMUNICATIONS, INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of telecommunications repair and installation, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

6.     At all times material hereto, Defendants, CYPRESS COMMUNICATIONS, INC. and CYPRESS COMMUNICATIONS OF S. FLORIDA, INC., were a single enterprise under the Fair Labor Standards Act, performed related activities through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and have an annual gross sales and/or business volume of $500,000 or more.

7.     At all times material hereto, Defendants, CYPRESS COMMUNICATIONS, INC. and CYPRESS COMMUNICATIONS OF S. FLORIDA, INC., were joint employers of Plaintiff under the Fair Labor Standards Act, shared Plaintiff's services, had Plaintiff acting in the interest of each business, and shared common control of Plaintiff.

8.     At all times material hereto, Defendant, DEAN R. PEZZA, is a resident of Palm Beach County, Florida and a manager of Defendants, CYPRESS COMMUNICATIONS, INC. and CYPRESS COMMUNICATIONS OF S. FLORIDA, INC., controlled Plaintiff's duties, hours worked, and compensation, and managed the day-to-day operations of CYPRESS COMMUNICATIONS, INC. and CYPRESS COMMUNICATIONS OF S. FLORIDA, INC.

Accordingly, DEAN R. PEZZA was and is an "employer" of Plaintiff within the meaning of 29 U.S.C. §203(d).

9. Two or more of Defendants' employees handled tools, supplies, and equipment manfuactured outside Florida in furthernace of their business including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

10. Plaintiff VALENDY VEDRINE worked for Defendants as a technician.

11. Defendants failed to pay Plaintiff's full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for hours worked over 40 each week.

12. Attached as <u>Exhibit A</u> is a preliminary calculation of Plaintiff's claims. These amounts may change as Plaintiff engages in the discovery process.

13. Defendants knowingly and willfully refused to pay Plaintiff's legally-entitled wages.

14. Plaintiff complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

15. Plaintiff retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

16. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-15 above as if set forth herein in full.

17. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

18.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

          Respectfully submitted,

          Koz Law, P.A.
          320 S.E. 9th Street
          Fort Lauderdale, Florida 33316
          Phone: (786) 924-9929
          Fax:    (786) 358-6071
          Email: ekoz@kozlawfirm.com

          */s/ Elliot A. Kozolchyk*
          Elliot Kozolchyk, Esq.
          Bar No.: 74791